1  STEVEN A. FABBRO, ESQ. SBN 107973
   LAW OFFICES OF STEVEN A. FABBRO
2  601 Montgomery Street, Suite 688
   San Francisco, CA  94111
3  Telephone: (415) 391-6850
   Facsimile: (415) 391-6856
4
   Attorneys for Plaintiffs: LINDA KUHN
5

6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                   **NORTHERN DISTRICT OF CALIFORNIA**
10
                       **SAN FRANCISCO DIVISIOIN**
11

12  LINDA KUHN,                          )  **Case No. 4:19-cv-04021-HSG**
                                         )
13                                       )  **STIPULATION AND PROPOSED ORDER**
                                         )  **ALLOWING FILING OF SECOND**
14          Plaintiff,                   )  **AMENDED COMPLAINT**
                                         )
15      vs.                              )
                                         )
16                                       )
    L'OREAL USA S/D, INC., MATRIX        )
17  ESSENTIALS, INC., ULTA BEAUTY, INC., )
    and DOES 1 to 100,                   )
18                                       )
                                         )
19          Defendants.                  )
                                         )
20                                       )
                                         )
21  ─────────────────────────────────── )

22          Plaintiff LINDA KUHN, Defendant ULTA BEAUTY, INC. ("Ulta Beauty"), L'Oréal

23  USA S/D, Inc., and Defendant Matrix Essentials, LLC (erroneously sued as Matrix Essentials,

24  Inc.) ("Matrix") by and through their undersigned counsel, pursuant to FRCP 15 (a)(2) and Civil

25  Local Rule 7-1 (a)(5) and 7-12, agree and stipulate as follows:

    **STIPULATION AND PROPOSED ORDER ALLOWING FILING OF SECOND AMENDED**
    **COMPLAINT**                                    **Case No.4:19-cv-04021-HSG**

                                      1

Plaintiff filed her first amended complaint (the "FAC") in Superior Court of the State of California, County of San Francisco, Case No. CGC-19-575175, on May 3, 2019. Plaintiff contends that it served Ulta Beauty on May 7, 2019. Defendants L'Oreal USA S/D, Inc. and Matrix Essentials, Inc. removed this action to this Court on July 12, 2019. (Doc. 1).

Ulta Beauty, Inc. disputes that it is a proper party to this matter, disputes that it was served properly, and instead asserts that the proper party should be Ulta Salon, Cosmetics and Fragrance, Inc. To resolve this dispute, Plaintiff and Ulta Beauty have agreed that Plaintiff will move to amend the FAC so she can dismiss Ulta Beauty without prejudice and add Ulta Salon, Cosmetics & Fragrance, Inc. as a defendant to this action.

Defendant Matrix Essentials, Inc. asserts that its proper name is Matrix Essentials, LLC. To resolve this dispute, Plaintiff and Matrix Essentials, LLC have agreed that Plaintiff will move to amend the FAC so she can rename the proper defendant as Matrix Essentials, LLC.

The parties have agreed and stipulated that the FAC can be amended to name as defendant Ulta Salon, Cosmetics and Fragrance, Inc., and Matrix Essentials, LLC, and dismiss without prejudice Ulta Beauty, Inc.

**IT IS SO AGREED AND STIPULATED.**

Respectfully submitted,

October 9, 2019                 LOCKE LORD LLP


By: */s/ Mitchell J. Popham*
      Mitchell J. Popham
Attorneys for Defendant ULTA BEAUTY, INC.

1  Dated: October 9, 2019                    GORDON REES SCULLY MANSUKHANI, LLP

2

3                                            By: /s/ J. Dominic Campodonico
                                                 J. Dominic Campodonico
4                                            Attorneys for Defendants L'Oréal USA S/D, Inc.
                                             and Matrix Essentials, LLC (erroneously sued as
5                                            Matrix Essentials, Inc.)

6

7  Dated: October 9, 2019                    LAW OFFICES OF STEVEN A. FABBRO

8

9                                            By: /s/ Seven A. Fabbro
                                                 Steven A. Fabbro
10                                           Attorneys for Plaintiff LINDA KUHN

11  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

12

13

14  Dated: _____           _____

15                                                       U.S. DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

**STIPULATION AND PROPOSED ORDER ALLOWING FILING OF SECOND AMENDED**
**COMPLAINT**                                      **Case No.4:19-cv-04021-HSG**

CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding this document's

content and authorization to file this document from the indicated signatories to the document.

Dated: October 9, 2019                    By: /s/ Steven A. Fabbro
                                              Steven A. Fabbro

**STIPULATION AND PROPOSED ORDER ALLOWING FILING OF SECOND AMENDED**
**COMPLAINT**                                    **Case No.4:19-cv-04021-HSG**