**LOCKE LORD LLP**
Mitchell J. Popham (SBN: 126194)
*mpopham@lockelord.com*
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500
Facsimile: (213) 485-1200

Attorneys for Defendant
ULTA BEAUTY INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LINDA KUHN,<br><br>          Plaintiff,<br><br>vs.<br><br>L'OREAL USA S/D, INC., MATRIX ESSENTIALS, INC., ULTA BEAUTY, INC., and DOES 1 to 100,<br><br>          Defendants. | CASE NO. 4:19-CV-04021-HSG<br><br>**ORDER GRANTING DEFENDANT ULTA BEAUTY, INC.'S MOTION TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**<br><br>CMC DATE: October 22, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2<br><br>Before the Honorable Haywood S. Gilliam, Jr. |

The Motion to Appear by Telephone at Case Management Conference (the "Motion") filed by Defendant Ulta Beauty, Inc. ("Ulta Beauty") has come on to be considered in the above-referenced matter. Upon consideration of the Motion, and the Motion being unopposed, the Court finds that the Motion is well-taken and should be granted.

IT IS HEREBY ORDERED THAT:

1. Ulta Beauty's Motion is GRANTED; and,

2. Ulta Beauty's counsel may appear telephonically at the Case Management Conference set for October 22, 2019 at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: 10/15/2019

HAYWOOD S. GILLIAM, JR.
United States District Court Judge