UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linda Kuhn<br><br>Plaintiff(s)<br>v.<br><br>L'Oréal USA S/D, Inc., et al.<br>Defendant(s) | CASE No C 4:19-cv-04021-HSG<br><br>STIPULATION AND ORDER<br>SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)
- ☐ Early Settlement Conference with a Magistrate Judge (ADR L.R. 7)
- ☒ Private ADR *(specify process and provider)*
  Private Mediation with JAMS Mediator John B. Bates, Jr., Esq.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: March 31, 2020

Date: 11/19/2019

Attorney for Plaintiff

Date: 11/19/2019

11/19/2019

Attorney for Defendant
for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 11/21/2019

U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

Form ADR-Stip rev. 1-15-2019