AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California -- Oakland Division |

Linda Kuhn
Plaintiff(s),
V.
L'Oreal USA S/D, Inc., et al.
Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:19-CV-04021 HSG

Notice is hereby given that, subject to approval by the court, __Ulta Salon, Cosmetics & Fragrance, Inc__ substitutes
(Party (s) Name)

__J. Dominic Campodonico__, State Bar No. __188035__ as counsel of record in
(Name of New Attorney)

place of __Mitchell J. Popham__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Gordon Rees Scully Mansukhani, LLP
Address: 275 Battery Street, Suite 2000, San Francisco, CA 94111
Telephone: (415) 986-5900    Facsimile (415) 986-8054
E-Mail (Optional): dcampodonico@grsm.com

I consent to the above substitution.
Date: 12/2/19
(Signature of Party (s))

I consent to being substituted.
Date: 12/2/19
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/2/2019
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 12/3/2019
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]