| | |
|---|---|
| STEVEN A. FABBRO, ESQ. SBN 107973<br>LAW OFFICES OF STEVEN A. FABBRO<br>601 Montgomery Street, Suite 688<br>San Francisco, CA 94111<br>Telephone: (415) 391-6850<br>Facsimile: (415) 391-6856<br>E-mail: fabbrolaw2001@yahoo.com<br><br>Attorneys for Plaintiffs: LINDA KUHN | J. DOMINIC CAMPODONICO (SBN 188035)<br>GORDON REES SCULLY MANSUKHANI LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>dcampodonico@grsm.com<br>Telephone: (415) 986-5900<br>Facsimile: (415) 986-8054<br><br>GABRIEL G. HEDRICK (SBN 220649)<br>GORDON REES SCULLY MANSUKHANI LLP<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br>ghedrick@grsm.com<br>Telephone: (619) 230-7422<br><br>Attorneys for Defendants<br>L'ORÉAL USA S/D, INC.; MATRIX ESSENTIALS, LLC (erroneously sued as Matrix Essentials, Inc.); and ULTA SALON, COSMETICS & FRAGRANCE, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA -- OAKLAND DIVISION**

| | |
|---|---|
| LINDA KUHN,<br><br>   Plaintiff,<br><br>   vs.<br><br>L'ORÉAL USA S/D, INC., et al.,<br><br>   Defendants. | Case No. 4:19-CV-04021-HSG<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Pursuant to the agreement of the parties to this litigation, Plaintiff Linda Kuhn ("Plaintiff") and Defendants L'Oréal USA S/D, Inc., Matrix Essentials, LLC (erroneously sued as Matrix Essentials, Inc.), and Ulta Salon, Cosmetics & Fragrance, Inc. (collectively, "Defendants"), through their respective counsel of record, hereby stipulate as follows:

Plaintiff hereby dismisses the entire action against Defendants WITH PREJUDICE, with each party to bear its own fees and costs.

[Signatures on following page]

| | | |
|---|---|---|
| Dated: October 15, 2020 | | LAW OFFICES OF STEVEN A. FABBRO |
| | By: | _/s/ Steven A. Fabbro_<br>STEVEN A. FABBRO, ESQ.<br>Counsel for Plaintiff Linda Kuhn |
| Dated: October 15, 2020 | | GORDON REES SCULLY MANSUKHANI, LLP |
| | By: | _/s/ J. Dominic Campodonico_<br>J. Dominic Campodonico<br>Gabriel G. Hedrick<br>Attorneys for Defendants L'ORÉAL USA S/D, INC., MATRIX ESSENTIALS, LLC, and ULTA SALON, COSMETICS & FRAGRANCE, INC. |

## **ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

| | | |
|---|---|---|
| Dated: October 15, 2020 | | GORDON REES SCULLY MANSUKHANI, LLP |
| | By: | _/s/ J. Dominic Campodonico_<br>J. Dominic Campodonico<br>Gabriel G. Hedrick<br>Attorneys for Defendants L'ORÉAL USA S/D, INC., MATRIX ESSENTIALS, LLC, and ULTA SALON, COSMETICS & FRAGRANCE, INC. |

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/15/2020

*[signature]*
Honorable Hayward S. Gilliam, Jr.
United States District Judge